# MEMORANDUM DECISIONS.

Frank M. Baggett, Plaintiff in Error, vs. Savannah, Florida and Western Railway Company, a corporation organized and existing under the laws of the States of Florida and Georgia, Defendant in Error.

Writ of error to Circuit Court, Marion county; William A. Hocker, Judge.

Anderson & Hocker, for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.